UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58728
    STEVE CARR
    TAWANDA CARR                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-8674     SSN XXX-XX-9663

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 02/09/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 06/19/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 10256.66 | .00 | .00 |
| ARONSON FURNITURE | SECURED | 1000.00 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 646.02 | .00 | .00 |
| NPS | SECURED | 8000.00 | 882.07 | 6629.33 |
| NPS | UNSECURED | 1336.41 | .00 | .00 |
| CITIFINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | SECURED | 7000.00 | 771.85 | 5800.59 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 2412.62 | .00 | .00 |
| GMAC | SECURED | .00 | .00 | .00 |
| GMAC | UNSECURED | .00 | .00 | .00 |
| WELLS FARGO BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| ASPIRE | UNSECURED | 915.02 | .00 | .00 |
| ASPIRE | UNSECURED | 1148.94 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1429.38 | .00 | .00 |
| GMAC | UNSECURED | 9245.70 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 771.06 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 794.54 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED NOT I | 783.79 | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 724.60 | .00 | .00 |
| CITIFINANCIAL | SECURED NOT I | 1157.61 | .00 | .00 |
| WELLS FARGO BANK NA | COST OF COLLE | 2535.10 | .00 | 362.28 |
| THE CIT GROUP/CONSUMER F | CURRENT MORTG | .00 | .00 | .00 |
| THE CIT GROUP/CONSUMER F | NOTICE ONLY | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,093.88 |
| DEBTOR REFUND | REFUND | | | 690.00 |

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 18,930.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 58728 STEVE CARR & TAWANDA CARR

```
PRIORITY                                                    .00
SECURED                                                12,792.20
      INTEREST                                          1,653.92
UNSECURED                                                   .00
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    1,093.88
DEBTOR REFUND                                             690.00
                     ---------------      ---------------
TOTALS                   18,930.00            18,930.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 09/25/08                 /s/ Tom Vaughn
                            _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE